UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00635-RJC-DCK

| | |
|---|---|
| TRIANGLE AUTOMOTIVE COMPONENTS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| SUMINOE TEXTILE OF AMERICA CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** comes before the Court sua sponte. It appearing that Plaintiff, a limited liability company, did not file a statement of supplemental jurisdiction pursuant to the Pretrial Order and Case Management Plan, (Doc. No. 12 at 1, n.1), and it further appearing that Plaintiff is owned by three entities, one of which appears to share citizenship with Defendant, see (Doc. Nos. 30 at 4, 34-1 at ¶4, and 34-2 at ¶4), the Court orders Plaintiff to file a supplemental statement of jurisdiction by no later than June 22, 2017.

**IT IS, THEREFORE, ORDERED** that on or before June 22, 2017, Plaintiff shall file with the Court a supplemental statement of jurisdiction stating the citizenship of each member of Plaintiff Triangle Automotive Components, LLC and clarifying that complete diversity exists.

Signed: June 15, 2017

Robert J. Conrad, Jr.
United States District Judge