UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00635-RJC-DCK

| | |
|---|---|
| TRIANGLE AUTOMOTIVE COMPONENTS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ) **ORDER** |
| SUMINOE TEXTILE OF AMERICA CORPORATION, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court Plaintiff's Motion for Voluntary Dismissal, (Doc. No. 37), and the Magistrate Judge's Memorandum and Recommendation ("M&R"), (Doc. No. 38), recommending that this Court grant Plaintiff's motion and dismiss this matter without prejudice. According to Plaintiff's motion, this Court lacks subject-matter jurisdiction over the case and Defendant does not oppose Plaintiff's motion for voluntary dismissal. Therefore, the Court will grant the motion and hereby dismisses the case.

**IT IS, THEREFORE, ORDERED** that**:**

1. The Magistrate Judge's M&R, (Doc. No. 38), is **ADOPTED**;
2. Plaintiff's Motion for Voluntary Dismissal, (Doc. No. 37), is **GRANTED**;
3. This action is **DISMISSED without prejudice**; and
4. The Clerk of Court is directed to close this case.

Signed: July 12, 2017

Robert J. Conrad, Jr.
United States District Judge